## Jerrol Pope, a minor, by Raymond Pope, his father and next friend, Appellee, v. Max Rose, Appellant.

### Gen. No. 46,957.

First District, Third Division.

April 3, 1957.

Released for publication June 20, 1957.

Crowe, Yates, Abrahamson & Fisk, for appellant, Burt A. Crowe, of counsel; Leo S. Karlin and Daniel Karlin, for plaintiff, Leo S. Karlin, of counsel. Opinion by PRESIDING JUSTICE FEINBERG. Not to be published in full.